FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLAS VALENZUELA, as the Personal Representative of the Estate of FAVIOLA VALENZUELA; SIMON VALENZUELA, individually; and RAFAEL VALENZUELA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN COUNTY, a municipal corporation; R&B FLECK ENTERPRISES LLC, a Washington limited liability company; WESTERN MEDICAL RESOURCES, LLC, a Washington limited liability company; RONALD W. FLECK AND JANE DOE FLECK, a marital community; LINDY NOETHE, in her individual capacity; and JIM RAYMOND, in his official capacity,<br><br>Defendants. | No. 4:24-CV-05029-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 35** |

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 35. The parties stipulate to the dismissal of all claims with prejudice and

ORDER - 1

without an award of costs or fees. *Id.* Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Joint Stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation of Dismissal with Prejudice, **ECF No. 35**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 31, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2